**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN GORHAM,<br><br>Defendant. | NO. CR10-5729-BHS<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 19, 2013. The United States was represented by Assistant United States Attorney Andy Colasurdo for Jesse Williams, and the defendant by Dennis Carroll for Miriam Schwartz.

The defendant had been charged with Failure to Register as a Sex Offender in violation of 18 U.S.C.§ 2250(a) and Failure to Register as a Sex Offender within ten days of Establishing a New Residence in violation of 42 U.S.C. § 14072(i)(1). On or about May 27, 2009, defendant was sentenced by the Honorable Elizabeth A. Kovahevich from the Middle District of Florida to a term of 30 months of imprisonment on Count One and 12 months of imprisonment as to Count Two. Defendant also received lifetime supervision as to Count One. On November 8, 2010, the Honorable Benjamin H. Settle accepted jurisdiction over supervision of defendant.

In a Petition for Warrant or Summons dated February 21, 2013, U.S. Probation Officer Todd A. Wilson asserted the following violation by defendant of the conditions of his supervised release:

1. Using methamphetamine on or before January 28, 2013 in violation of standard condition 7.
2. Associating with Robbyn Blankinship, a convicted felon, on or about February 20, 2013, without the permission of the probation officer, in violation of standard condition 9.
3. Failure to participate in and successfully complete up to 90 days at a residential reentry center as directed in violation of a special condition.

The defendant was advised of his rights, and denied the violations.

At the hearing, the Court was advised that the defendant believed he needed an accelerated psychiatric assessment to be conducted at the Federal Detention Center, including a medication assessment. The United States acknowledged that this might be appropriate. Accordingly, the Federal Detention Center medical officials are requested to conduct an accelerated psychiatric assessment of the defendant, including a medication assessment.

An evidentiary hearing on these violations has been set before the Honorable Benjamin H. Settle on April 22, 2013 at 10:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 20th day of March, 2013.

James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

| cc: | District Judge: | Honorable Benjamin H. Settle |
|---|---|---|
| | AUSA: | Andy Colasurdo and Jesse Williams |
| | Defendant's attorney: | Dennis Carroll and Miriam Schwartz |
| | Probation officer: | Todd A. Wilson |